JERI COPPA-KNUDSON, Trustee
145 Mt. Rose Street
Reno, Nevada 89509
(775) 329-1528

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * *

In Re:

CASTLEROCK CARRIERS, INC.

Debtor(s).

_____/

CASE NO. BK-N- 97-30477

CHAPTER 7

*AMENDED*
NOTICE OF UNCLAIMED
FUNDS PURSUANT TO
RULE 3011

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
|  |  | Amount of Deposit |
| 11 | FRANCISCO LIM<br>1320 N. Maple Street<br>Burbank, Ca. 91505 | $   356.27 |
| 12 | DELBERT DAILY<br>401 S. Westlake Avenue<br>Los Angeles, Ca. 90057 | 73.35 |
| 14 | MILTON M. RAMOS<br>2755 River Plaza Dr., #227<br>Sacramento, Ca. 95833 | 293.38 |
| 17 | CLEMENTE BANUELOS<br>1309 W. Mission Blvd, #75<br>Ontario, Ca. 91762 | 370.44 |

| | | | |
|---|---|---|---|
| 2 | SOUTHERN COUNTIES OIL CO. | | 1,558.45 |
| | c/o Gary Hickman | | |
| | 11770 Warner Ave., Suite 223 | | |
| | Fountain Valley, Ca. 92708 | | |
| 20 | TAEMARIE GOLDBERG | | 134.96 |
| | 3314 West 8th Street | | |
| | Inglewood, Ca. 90305 | | |
| 24 | ROBERT RUBLE | | |
| | 101 Cedar Rock Circle | | |
| | Sacramento, Ca. 95823 | | |
| 25 | BUSINESS LINK | | |
| | 1136 N. Larrasee, Suite 426 | | |
| | Los Angeles, Ca. 90069 | | |
| 26 | ENRIQUE RUIZ | | 110.91 |
| | 10100 S. Painter Ave. | | |
| | Santa Fe Springs, Ca. 90670 | | |
| 29 | RICHARD WARD SHOEMATE | | 178.96 |
| | 3546 Auburn Blvd, #4 | | |
| | Sacramento, Ca. 95821 | | |
| 38 | ERIC STEWART | | 244.49 |
| | 1345 N. Kingsley Drive, #409 | | |
| | Los Angeles, Ca. 90027 | | |
| 5 | ROBERT MACIAS | | 183.36 |
| | 2776 Southern Avenue | | |
| | Southgate, Ca. 90280 | | |

DATED: 5/19/03         TRUSTEE: _[signature]_

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.